**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  December 15, 2011                    Deputy Clerk: Bernique Abiakam
Probation Officer: Christine Zorn           Court Reporter:  Tamara Hoffschildt

---

Criminal Action No.: 11-cr-00257-JLK

UNITED STATES OF AMERICA,              James M. Candelaria

        Plaintiff,

v.

TREVA MORGAN,                          Brian Leedy
        Defendant.

---

**COURTROOM MINUTES**

---

**Motions Hearing**

**9:07 a.m.      Court in session.**

Court calls case. Counsel present.  Defendant present on bond.

Preliminary remarks by the Court.

9:11 a.m.       Government's witness, Christopher Naranjo, called and sworn.

9:12 a.m.       Direct examination begins by Mr. Candelaria.

9:21 a.m.       Cross examination begins by Mr. Leedy.

9:28 a.m.       Redirect examination by Mr. Candelaria.

Witness excused.

9:29 a.m.       Government's witness, Christine Zorn, called and sworn.
                Direct examination begins by Mr. Candelaria.

9:31 a.m.       Cross examination begins by Mr. Leedy.

9:38 a.m.       Redirect examination by Mr. Candelaria.

Witness excused.

*11-cr-00257-JLK*
*Motions Hearing*
*December 15, 2011*

9:40 a.m.        Closing argument by Mr. Candelaria.

9:42 a.m.        Closing argument by Mr. Leedy.

9:46 a.m.        Comments and rulings by the Court.

**ORDERED:    Government's Motion to Reconsider This Court's Order [Doc. 5]
Denying Motion To Review/Reconsider The Court's Order Setting
Conditions Of Release [On Unsecured Bond] Set In The District Of
Arizona (Filed 11-29-11; Doc. No. 13) is DENIED.**

**ORDERED:    Any failure by the Defendant to comply with orders, as specified,
shall result in revocation of bond, and her being held in custody until
trial.**

**ORDERED:    Having made the ends of justice findings, the Unopposed Motion To
Exclude Time and For Ends of Justice Continuance Under the
Speedy Trial Act is GRANTED.  120 days shall be excluded from the
speedy trial calculation.  A 5-day Jury trial is set to begin on May 14,
2011 at 9:00 a.m.  The Final Trial Preparation Conference is set to
begin on May 4, 2011 at 10:00 a.m.**

**9:50 a.m.       Court in recess.**
Hearing concluded.
Time in court - 43 minutes.

2